IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GEORGE W. MOTSINGER, JR., )
 )
        Plaintiff, )
 )
vs. ) Civil No. 17-cv-766-JGP-CJP
 )
COMMISSIONER of SOCIAL SECURITY, )
 )
        Defendant. )
 )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff George W. Motsinger, Jr., and against defendant Commissioner of Social Security.

      **DATED:** April 18, 2018

                                            **JUSTINE FLANAGAN,**
                                            **Acting Clerk of Court**

                                            **BY: s/Tina Gray**
                                                 **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**